# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

The Trustees of the Minnesota State Basic Building Trades Fringe Benefit Funds,

Plaintiffs,

vs.

Derek Balsimo,

Defendant.

Civil File No. 01-1972 JRT/FLN

**ORDER FOR JUDGMENT**

The above-entitled matter came without hearing before the undersigned upon Plaintiffs' motion for entry of judgment by default against Defendant and consistent with this Court's Order dated April 24, 2002.

Based upon the Court's Order dated April 24, 2002, the Affidavit of Stephen Kelly, and all files, records and proceedings herein,

IT IS HEREBY ORDERED:

**ORDER**

That the Clerk of Court shall enter judgment in favor of Plaintiffs and against the Defendant in the amount of $55,275.26.

Dated: January 10, 2003

John R. Tunheim
The Honorable John R. Tunheim
United States District Judge

FILED JAN 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 1.10.03
DEPUTY CLERK